William BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101763

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: September 15, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO. 63101, for appellant.

Dora A. Fichter, P.O. Box 899, Jefferson City, MO. 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

*ORDER*

PER CURIAM.

William Brown appeals the motion court's judgment denying his motion for post-conviction relief pursuant to Rule

24.035[1] without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.